UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Daniel McNeil, Jr., <br><br> PETITIONER <br><br> v. <br><br> Warden, Evans Correctional Institution, <br><br> RESPONDENT | Case No. 4:15-cv-1105-TLW-TER <br><br><br> **ORDER** |

This case was remanded to this Court for the limited purpose of supplementing the record with an order regarding a certificate of appealability. (ECF No. 49.) The Court has reviewed the Petition for Writ of Habeas Corpus (ECF No. 1) pursuant to 28 U.S.C. § 2254 in accordance with Rule 11 of the Rules Governing Section 2254 Proceedings. The Court concludes that it is not appropriate to issue a certificate of appealability as to the issues raised in this petition. Petitioner is advised that he may seek a certificate from the Fourth Circuit Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

March 30, 2016
Columbia, South Carolina

1